No. D–1037.   IN RE DISBARMENT OF DELLORFANO.   It is ordered that Fred M. Dellorfano, Jr., of Cohasset, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1038.   IN RE DISBARMENT OF NOLAN.   It is ordered that Frank J. Nolan, of Garden City, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 118, Orig.   UNITED STATES v. ALASKA.   Motion of Alaska for modification of briefing schedule set by order of Court on June 28, 1991 [ante, p. 1248], granted, and it is ordered that briefs in support of cross-motions for summary judgment may be filed within 45 days of September 6, 1991, with reply briefs, if any, to be filed within 30 days of the filing of the opening briefs.   [For earlier order herein, see, e. g., ante, p. 1248.]

No. 90–408.   COUNTY OF YAKIMA ET AL. v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION; and
No. 90–577.   CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION v. COUNTY OF YAKIMA ET AL.   C. A. 9th Cir.   [Certiorari granted, 500 U. S. 903.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 90–711.   PRESLEY v. ETOWAH COUNTY COMMISSION ET AL.; and
No. 90–712.   MACK ET AL. v. RUSSELL COUNTY COMMISSION ET AL.   D. C. M. D. Ala.   [Probable jurisdiction noted, 500 U. S. 914.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 90–741.   DEWSNUP v. TIMM ET AL.   C. A. 10th Cir. [Certiorari granted, 498 U. S. 1081.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.